## 34434. POLK v. COOK.

PER CURIAM.
This is an appeal from the grant of a motion for partial summary judgment. The appellee sued for a partition of property owned by himself and his former wife. The suit was based upon the terms of a property settlement agreement incorporated into a divorce decree. We agree with the trial court's interpretation of the agreement and affirm.
*Judgment affirmed. All the Justices concur.*

SUBMITTED JANUARY 12, 1979 — DECIDED FEBRUARY 6, 1979.

*Alfred D. Fears, William P. Bartles, Floyd M. Buford,* for appellant.
*Hugh M. Glidewell, Jr.,* for appellee.